AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>KALEEL MALCOLM NAGBE<br><br>Defendant(s) | Case No. 1:24-MJ-490 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 7, 2024** in the county of **Arlington** in the
**Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful possession of firearm by a felon |

This criminal complaint is based on these facts:
See Affidavit of Officer Natalee Walker, attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Laura D. Withers

*Complainant's signature*

Natalee Walker, Police Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/9/2024

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2024.12.09 13:09:46 -05'00'
*Judge's signature*

City and state: Alexandria, Virginia

Lindsey R. Vaala, United States Magistrate Judge
*Printed name and title*