# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▾

_____
_Plaintiff_
v.
__Kaleel Nagby_____
_Defendant_

Case No. 1-24-MJ-490.

FILED IN OPEN COURT
DEC - 9 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kaleel Nagby

Date: 12/09/2024

_Attorney's signature_

John Boneta - 36912
_Printed name and bar number_
107 E. Market Street Leesburg VA, 20176

_Address_

johnboneta744@gmail.com
_E-mail address_

(703) 855-0727
_Telephone number_

(703) 884-8323
_FAX number_